Michael E. Sullivan, Esq. (SBN 5142)
Barry L. Breslow, Esq. (SBN 3023)
**ROBISON, BELAUSTEGUI, SHARP & LOW**
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MELODY WILLS, an Individual,

    Plaintiff,

v.

WFM-WO, INC. d/b/a WHOLE FOODS MARKET, a Delaware Corporation; DOES I-X, and ROE BUSINESS ENTITIES XI-XX, inclusive,

    Defendants.

Case No.: 2:16-cv-00076-MMD-PAL

## STIPULATION AND ORDER FOR DISMISSAL

COMES NOW Plaintiff MELODY WILLS, by and through her attorney, Jonathan T. Remmel, Esq. and Defendant WFM-WO, INC. d/b/a WHOLE FOODS MARKET, by and through their counsel, Michael E. Sullivan, Esq., and stipulate and agree to the dismissal with prejudice of Defendant WFM-WO, INC. d/b/a WHOLE FOODS MARKET. Each party to bear their own attorney's fees and costs.

///
///
///
///
///

## AFFIRMATION

Pursuant to NRS 239B.030

The undersigned does hereby affirm that the attached document DOES NOT CONTAIN THE SOCIAL SECURITY NUMBER OF ANY PERSON.

DATED: This 20th day of April, 2017.

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

By: _____
MICHAEL E. SULLIVAN, ESQ.
Attorneys for Defendant WFM-WO, INC.
d/b/a WHOLE FOODS MARKET

DATED: This 6 day of April, 2017.

REMELL LAW FIRM
6900 Westcliff Drive, Ste. 504
Las Vegas, NV 89145

By: _____
Jonathan T. Remmel, Esq.
Attorney for Plaintiff

## ORDER OF DISMISSAL

Pursuant to the above Stipulation and for good cause appearing therefor,

IT IS HEREBY ORDERED that the above-entitled matter be and hereby is dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

DATED: This 21st day of April, 2017.

_____
DISTRICT JUDGE